

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00290-CR

Patricia Jean **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B09472
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED January 8, 2014.

_____
Luz Elena D. Chapa, Justice